UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JAVIER RESCALVO NAJERA,                                            :
:
                   Plaintiff,                 :
:                    24 Civ. 1051 (JPC)
       -v-                                                    :
:                    ORDER
MANGIA 57, INC., et al.,                                          :
:
                Defendants.                :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The parties are directed to file a joint status letter in this matter by September 20, 2024.

    SO ORDERED.

Dated: September 17, 2024
      New York, New York                    _____
                               JOHN P. CRONAN
                      United States District Judge