```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JAVIER RESCALVO NAJERA,                                          :
                                                                 :
                              Plaintiff,                         :
                                                                 :       24 Civ. 1051 (JPC)
           -v-                                                   :
                                                                 :            ORDER
MANGIA 57, INC., et al.,                                         :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On September 19, 2024, the Court directed the parties to file a status letter in this matter by October 19, 2024.  Dkt. 14.  That deadline has passed and the docket does not reflect the entry of a status letter.  The Court *sua sponte* extends this deadline to November 4, 2024.

      SO ORDERED.

Dated: October 21, 2024
       New York, New York

                                                   JOHN P. CRONAN
                                                   United States District Judge