```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JAVIER RESCALVO NAJERA,                                                :
                                                                       :
                                Plaintiff,                             :
                                                                       :         24 Civ. 1051 (JPC)
                -v-                                                    :
                                                                       :              ORDER
MANGIA 57, INC., et al.,                                               :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that, during their participation in the Court-annexed Mediation Program, the parties reached an agreement on all issues. Accordingly, it is hereby ordered that the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by November 21, 2024.

      SO ORDERED.

Dated: November 7, 2024  
       New York, New York

                                                          JOHN P. CRONAN  
                                             United States District Judge