```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JAVIER RESCALVO NAJERA,                                                :
                                                                       :
                        Plaintiff,                                     :
                                                                       :         24 Civ. 1051 (JPC)
         -v-                                                           :
                                                                       :         ORDER
MANGIA 57, INC., et al.,                                               :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 7, 2024, the Court ordered the parties to submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by November 21, 2024.  Dkt. 19.  The parties failed to make that submission.  Within one week of the filing of this Order, it is hereby ordered that either (1) the parties must file on ECF the submission required in the November 7, 2024 Order or (2) the parties must file a joint status letter with the Court explaining their failure to comply with that Order.

SO ORDERED.

Dated: November 22, 2024
       New York, New York
                                              _____
                                              JOHN P. CRONAN
                                              United States District Judge