# CILENTI & COOPER, PLLC
### ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____

Telephone (212) 209-3933
Facsimile (212) 209-7102

December 24, 2024

**MOTION TO EXTEND TIME**

**BY ECF and E-mail at CRONANNYSDCHAMBERS@NYSD.USCOURTS.GOV**

Honorable John P. Cronan, D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Rescalvo Najera v. Mangia 57, Inc., at al.
       Case No. 24 Civ. 1051 (JPC)

Dear Judge Cronan,

  We are counsel to the plaintiff, and we write jointly with defendants, pursuant to the court's order at Docket 22, to provide the status of the case.

  The court approved the parties' settlement on November 25, 2024 and pursuant to that settlement, the first payment was due on or before December 15th. The defendants have not yet made the first payment. We respectfully ask the court to order the parties to file a further status report or dismissal of the case by the end of January 2025.

  We have conferred with defense counsel and are assured that the defendants are in the process of making the settlement payment and we trust this to be the case. This is the first request for an extension of time to dismiss the case, and no other dates will be affected.

  We wish the court a happy and safe holiday and thank the court for its continued consideration of this case.

            Respectfully submitted,

            /s/ Peter H. Cooper

            Peter H. Cooper

cc: All counsel of Record

---

The request is granted. The parties shall file either a stipulation of dismissal or a status letter in this matter by January 31, 2025. The Clerk of Court is respectfully directed to close Docket Number 23.

SO ORDERED.
Date: December 26, 2024
New York, New York

            JOHN P. CRONAN
            United States District Judge