```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JAVIER RESCALVO NAJERA,                                                :
                                                                       :
                                Plaintiff,                             :
                                                                       :           24 Civ. 1051 (JPC)
                -v-                                                    :
                                                                       :               ORDER
MANGIA 57, INC., et al.,                                               :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court's January 28, 2025 Order directed the parties to file either a stipulation of dismissal or a status letter in this matter by February 14, 2025. Dkt. 26. That deadline has passed and the docket does not reflect the entry of either a stipulation of dismissal or a status letter. The Court *sua sponte* extends the parties' deadline to February 19, 2025.

      SO ORDERED.

Dated: February 18, 2025
       New York, New York

                                                        JOHN P. CRONAN
                                            United States District Judge